UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

    v.

Luis Paulino,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

23-mj-6240 (UA)

**ORDER**

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/23

LEWIS A. KAPLAN, *District Judge.*

    Counsel are advised as follows:

    Assistant United States Attorney Jeffrey W. Coyle, who appears for the United States in this case, is a former law clerk to the undersigned.

Dated:  November 7, 2023

                                                                                 Lewis A. Kaplan
                                                            United States District Judge