# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 7, 2023     MEMO ENDORSEMENT

*By ECF and e-mail*
Honorable Lewis Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted. The initial conference is scheduled for 11/14/2023 at 11:00 AM in courtroom 21B. Time from today through and including 11/14/2023 is excluded from speedy trial calculations for the reasons provided by counsel.

.So Ordered: _____
Hon. Lewis A. Kaplan, U.S.D.J. 11/ 7 /2023

Re:   *United States v. Luis Paulino*, 23 Mag. 06240 (UA); 23 Cr. ___ (LAK)

Dear Judge Kaplan:

I write on consent (Assistant U.S. Attorney Jeffrey Coyle) to respectfully request that the Court reschedule the arraignment and initial appearance in this matter – currently set for November 8, 2023 at 11:00 a.m. – for the week of November 13, 2023. The reason for the request is that Mr. Paulino has recently started a new job, and will need to provide some notice in order to take off from work.

Mr. Paulino was arrested on August 30, 2023, and released on conditions including home detention enforced by electronic monitoring. Mr. Paulino has been compliant with the conditions of release, and recently began working full-time in Newburgh, New York, where he lives.

By e-mail dated November 2, 2023, Mr. Coyle informed chambers that Mr. Paulino intended to proceed by way of an information, and that the case had been wheeled out to this Court. On the evening of November 6, 2023, Mr. Mohan suggested two possible dates for an arraignment for this week, including November 8, 2023 at 11:00 a.m. I responded with the request that the arraignment be put off until next week, and this letter-motion follows.

In order not to jeopardize Mr. Paulino's current employment, I respectfully request that the Court re-schedule the arraignment for the week of November 13, so that Mr. Paulino can provide several days notice that he will be taking time off. If the Court grants the request, we consent to the exclusion of time under the Speedy Trial Act until the next conference.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
(646) 588-8317

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/23

cc:   Jeffrey Coyle, Esq. by e-mail